Cited and approved in 17 S. & R. 412.

*514]    *John Finney administrator of Isabella Finney, plaintiff in error *against* Adam Harbeson and Martha his wife, Mary Finney, Jane Finney, Isabella Finney, Margaret Finney and Espy Finney.

The report of auditors in account render must state a special account.

WRIT of error to the Common Pleas of Dauphin county.

It appeared by the record, that the defendants in error had brought an action of account render against the now plaintiff, and had declared against him as their bailiff of several specific articles and of cash to merchandize, and make profit for them. Judgment *quod computet* was entered and auditors were ap-

pointed, who reported that they found due to the defendants in error a balance of 303l. 1s. 7d. Exceptions were taken thereto, and particularly that the auditors had not exhibited a statement of the accounts or items on which the plaintiff in error might take issue. But the court below rendered an absolute judgment for the sum found due by the auditors.

The case was submitted to the court without argument by Messrs. Duncan and Elder for the plaintiff, and by Messrs. Fisher and Laird for the defendants.

The court said, nothing appeared in the record shewing an intention that the auditors were to be considered as general referees under our practice. At common law, the report not stating a special account, was undoubtedly erroneous.

Judgment reversed.